B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
## Western District of Pennsylvania

In re **MFPF, Inc.** , Case No. **11-**
            Debtor

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Metal Foundations, LLC<br>P.O. Box 121<br>Wildwood, PA 15091 | | | | $2,192,867.00 |
| Buchanan Ingersoll Rooney<br>17 N. Second Street<br>Harrisburg, PA 17101 | | | | $182,114.99 |
| Steptoe & Johnson, LLP<br>1330 Connecticut Avenue<br>Washington, DC 20036 | | | | $13,049.45 |
| Webb Law Firm<br>700 Koppers Bldg.<br>436 Seventh Avenue<br>Pittsburgh, PA 15219 | | | | $12,342.50 |
| Doug Glantz<br>5260 Deborah Court<br>Doylestown, PA 18902 | | | | $7,920.00 |

**NO MORE CREDITORS**

B4 (Official Form 4) (12/07)4 -Cont.

In re **MFPF, Inc.** ,  Case No. **11-**
      Debtor            Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Gary Reinert, President of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **5/2/2011**          Signature:  **s/ Gary Reinert**

                                **Gary Reinert ,President**
                                (Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.